Argued February 28, affirmed June 13, 1978

PEANEY et al, *Respondents,*
*v.*
R. L. POLK COMPANY, *Petitioner.*
(WCB Case No. 76-5042-B, CA 9427)

579 P2d 899

R. Kenney Roberts, Portland, argued the cause for petitioner. On the brief were Steven R. Reinisch, and Jones, Lang, Klein, Wolf & Smith, Portland.

No appearance for respondent Geraldine R. Peaney.

William H. Stockton, Associate Counsel, State Accident Insurance Fund, Portland, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *Tucker v. Jack Ensley Company,* 34 Or App 335, 578 P2d 3 (1978).